# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1426
LT Case Nos. 2011-CF-000856-A
2011-CF-000857-A
_____

ENRICO SPENCER ROBERTS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 Appeal from the Circuit Court for Nassau County.
Steven Michael Fahlgren, Judge.

Enrico Spencer Roberts, Crawfordville, pro se.

James Uthmeier, Attorney General, and Anne C. Conley,
Assistant Attorney General, Tallahassee, for Appellee.


January 16, 2026

PER CURIAM.

Appellant appeals the trial court's denial of his motion filed
pursuant to Florida Rule of Criminal Procedure 3.800(a), entered
in Nassau County Circuit Court Case Nos. 2011-CF-000856-A and
2011-CF-000857-A. We affirm the trial court's order and caution
Appellant that abusive, repetitive, malicious, or frivolous filings
directed to the identified case numbers may result in sanctions

such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2025); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT WARNED.

EDWARDS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––